Official Form 23 (10/06)

# United States Bankruptcy Court
### Northern District Of Illinois

In re __Leonid Kanchurin__,    Case No. __07-19314__
    Debtor

    Chapter __7__

**DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, __Leonid Kanchurin__, the debtor in the above-styled case, hereby
       (Printed Name of Debtor)
certify that on __October 30, 2007__ (Date), I completed an instructional course in personal financial management provided by __Chestnut Health Systems, Inc.__, an approved personal financial
                            (Name of Provider)
management provider.

Certificate No. : __03597-ILN-DE-002776134__.

☐ I, _____, the debtor in the above-styled case, hereby
      (Printed Name of Debtor)
certify that no personal financial management course is required because of *[Check the appropriate box.]*:
    ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
    ☐ Active military duty in a military combat zone; or
    ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: *Leonid V.Kanchurin*

Date: Nov 2/07

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 03591-ILN-DE-002776134

Bankruptcy Case Number: 07-19314

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on October 30, 2007, at 12:27 o'clock PM CDT,

Leonid Kanchurin completed a course on personal financial

management given by internet by

Chestnut Health Systems, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of Illinois.

Date: October 30, 2007        By  *[signature]*

Name  CHERYL D FOSTER

Title  CERTIFIED CREDIT COUNSELOR

Official Form 23 (10/06)

# United States Bankruptcy Court
__Northern__ District Of __Illinois__

In re __Anna Kanchurin__, Case No. __07-19314__
        Debtor

Chapter __7__

**DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, __Anna Kanchurin__, the debtor in the above-styled case, hereby
        (Printed Name of Debtor)
certify that on __October 30, 2007__ (Date), I completed an instructional course in personal financial management provided by __Chestnut Health Systems, Inc.__, an approved personal financial
                        (Name of Provider)
management provider.

Certificate No. : __03591-ILN-DE-002776149__.

☐ I, _____, the debtor in the above-styled case, hereby
    (Printed Name of Debtor)
certify that no personal financial management course is required because of *[Check the appropriate box.]*:
  ☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);
  ☐ Active military duty in a military combat zone; or
  ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: *Anna Kanchurin* (signed)

Date: Nov 2/07

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

10/30/2007  11:44   8157401737                                                          PAGE  02

Certificate Number: 03591-ILN-DE-002776149

Bankruptcy Case Number: 01-19314

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on October 30, 2007, at 12:29 o'clock PM CDT,

Anna Kanchurin completed a course on personal financial management given by internet by

Chestnut Health Systems, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: October 30, 2007        By  *[signature]*

Name  CHERYL D FOSTER

Title  CERTIFIED CREDIT COUNSELOR